NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **ORDER NUNC PRO TUNC** |
| SHAWN VANDERBYRD, a/k/a CHRISTOPHER STACEY SMITH | : Crim. No. 05-304 (WHW) |

**Walls, Senior District Judge**

This matter having been opened to the Court by Shawn Vanderbyrd's motion to amend the record and prison files to reflect his true name, Christopher Stacey Smith; and the Court having considered the moving papers and the Court's earlier ruling on the record on June 2, 2006; and for good cause shown:

It is on this 10th day of November 2008,

**ORDERED** nunc pro tunc that Vanderbyrd/Smith's motion is **GRANTED**.

s/ William H. Walls
United States Senior District Judge